UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**SHELLEY JACKSON,**

                         **Plaintiff,**              **REPORT AND**
                                                  **RECOMMENDATION**

                                                  **18-CV-4220 (MKB)**

   **- against -**

**NEW YORK STATE DEPARTMENT OF**
**LABOR and SEAN,**

                        **Defendants.**
------------------------------------------------------------X

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       Plaintiff *pro se* Shelly Jackson ("plaintiff") commenced this action against defendants New York State Department of Labor and "Sean," on July 23, 2018. See Complaint (July 23, 2018), Electronic Case Filing ("ECF") Docket Entry ("DE") #1. After the Honorable Margo K. Brodie denied plaintiff's application to proceed *in forma pauperis*, see Order (Dec. 12, 2019), DE #4, this Court advised plaintiff that she must serve the summons and complaint on defendants by March 16, 2020, see Scheduling Order (Jan. 2, 2020), DE #7. This Court further advised plaintiff that she must promptly advise the Court once the defendant has been served with the summons and complaint or plaintiff receives a waiver of service. Having received nothing from plaintiff, on April 21, 2020, this Court issued an order directing plaintiff to file a status report regarding service by May 8, 2020. See Status Report Order (Apr. 21, 2020), DE #8.

       The Court's Orders were mailed to plaintiff at the address she provided, and have not been returned as undeliverable. Despite the Court's January 2nd and April 21st Orders, including a warning that the Court would recommend dismissal for failure to prosecute, plaintiff has not responded or taken any further action to prosecute her claims.

It thus appears that plaintiff has abandoned this action. In fact, since the time that this case was filed in this Court in 2018, plaintiff has done nothing whatsoever to prosecute her claims. Under these circumstances, this Court recommends that the District Court dismiss the case with prejudice for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and for failure to effect timely service under Rule 4(m). See Davis v. Town of Hempstead, 597 F.App'x 31 (2d Cir. 2015) (affirming dismissal of *pro se* complaint for failure to prosecute); Brow v. City of New York, 391 F.App'x 935 (2d Cir. 2010).

Any objections to the Court's Report and Recommendation must be filed with Judge Brodie on or before **July 30, 2020**. Failure to file objections in a timely manner may waive a right to appeal the District Court order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a)(1), 72(b)(2).

**SO ORDERED.**

**Dated:    Brooklyn, New York**
**July 13, 2020**

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**